This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO**,

Plaintiffs-Appellees,

v.                                                                                    **No. 34,565**

**JUAN VENEGAS,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**James Waylon Counts, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
M. Anne Kelly, Assistant Attorney General
Albuquerque, NM

for Appellee

Jorge A. Alvarado, Chief Public Defender
Santa Fe, NM
Nina Lalevic, Assistant Public Defender
Santa Fe, NM

for Appellant

# MEMORANDUM OPINION

**VIGIL, Judge.**

Defendant has appealed from the revocation of his probation. We previously issued a notice of proposed summary disposition, proposing to affirm as to the revocation, but to reverse and remand the as to the sentence in light of an apparent *Linam* sequencing problem. Both Defendant and the State have filed responsive memoranda. With respect to the revocation, Defendant continues to oppose to our proposed analysis, but presents nothing new in the way of argument or authority. We therefore adhere to our initial assessment of this matter. With respect to the sentence, both Defendant and the State have expressed agreement with our proposal to reverse and remand for correction.

Accordingly, for the reasons previously stated, we affirm the revocation of Defendant's probation, but reverse the sentence, and remand for further proceedings consistent herewith.

**IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

2

**WE CONCUR:**

_____

**JONATHAN B. SUTIN, Judge**

_____

**RODERICK T. KENNEDY, Judge**